**Order entered August 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00841-CV

**GUDAYE GOBEZIE, Appellant**

**V.**

**SANDRA CASTILLO AND JORGE VALERIANO, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03934**

## ORDER

The trial court has found appellant indigent. *See* TEX. R. APP. P. 20.1(i). Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre and Tenesa Shaw, Official Court Reporter of the 192nd Judicial District Court, to file the appellate record without advance payment of costs. *See id.* 20.1(k). The record shall be filed no later than August 23, 2016.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Shaw, and the parties.

/s/     ELIZABETH LANG-MIERS
        JUSTICE